# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK J. ELLERBE,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 23-CV-4877** |
| : | |
| **CEO/PRESIDENT OF SEPTA** : | |
| Defendant. : | |

## ORDER

AND NOW, this 14th day of December, 2023, upon consideration of Plaintiff Derrick J. Ellerbe's *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. The Complaint is **DISMISSED WITH PREJUDICE** as frivolous and malicious for the reasons in the Court's Memorandum.

2. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, J.**